2361.  McGovern Brothers & Lott v. Winstead Medicine Co.

Russell, J.  The court erred in directing a verdict for the plaintiff.  The
execution of the written order for the goods was not proved, nor the fact
that the defendants ever received or accepted the shipment.  If the plain-
tiff had sued upon the order, the defendant would have been obliged to
deny its execution in a sworn answer, but when the contract was intro-
duced in evidence in support of the account, the defendant had the right
to insist upon proof of its execution; and the fact that the contract, ap-
parently executed at Holton, Louisiana, was sent by the plaintiff's
Louisiana salesman, purporting to be signed by a firm doing business in
Douglas, Georgia, did not prove that the latter had signed it.  If the
plaintiff had proved that the defendants gave the order, the proof of the
delivery of the goods to a common carrier would have established a prima
facie right of recovery; but proof of delivery to the carrier, without
more, raised no presumption that the goods were bought or received by
the defendants.                                      *Judgment reversed.*
                        Decided September 20, 1910.

Complaint; from city court of Douglas—Judge Roan.  De-
cember 1, 1909.

*Lankford & Dickerson,* for plaintiffs in error.

*J. W. Quincey,* contra.